CITED *in Howell* v. *Potts, Spenc. 4.*

---

THE STATE v. PITNEY.

A negro, legally manumitted, is entitled to his freedom, though the security required by the act of assembly is not given.

On *habeas corpus* for negro Prince.

It appeared that Jasper Smith, in 1769, by his will manumitted all his slaves, of whom the mother of Prince was one. The administrators with the will annexed, John Bills and his wife, who had been the widow of Smith, and to whom all the personal estate was bequeathed, joined in the sale of Prince to Pitney.

PER CUR. The boy is entitled to his freedom, whether the administrators have given the security required by the act or not. *Allinson* 20, 316.